**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Estes Express Lines, Inc., ) | |
|               Plaintiff, ) | No. CV-07-0721-PHX-PGR |
|   vs. ) | |
| DollarDays International, LLC, ) | STIPULATED JUDGMENT |
|              Defendant. ) | |

The parties having entered into an agreement settling this entire action and having stipulated to the entry of this Stipulated Judgment,

IT IS ORDERED that judgment is granted to Plaintiff and against Defendant in the amount of $115,831.99, plus interest at the rate of ten percent (10%) from the date of this Stipulated Judgment, until paid in full.  This Stipulated Judgment shall include any after-incurred costs of collection and/or enforcement, including reasonably attorneys' fees, expenses, and costs.

DATED this 3rd day of May, 2007.

Paul G. Rosenblatt
United States District Judge